BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
ALEX VAN RYSSELBERGHE, OSB No. 174836
alex.vanrysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANTONIA IVANOVA, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, an independent public corporation,<br><br>　　　　Defendant. | Case No.: 3:24-cv-01254-AB<br><br>**DECLARATION OF SOPHIE SHADDY-FARNSWORTH IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE AND/OR PARTIAL MOTION TO DISMISS** |

I, Sophie Shaddy-Farnsworth, do hereby declare and say:

1.　　I am an attorney licensed to practice law in the state of Oregon and am one of the attorneys representing Defendant Oregon Health and Science University ("OHSU") in the above-captioned litigation.  I make this declaration based on my own personal knowledge.

Page 1 – DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE AND/OR PARTIAL MOTION TO DISMISS
127238362.1 0027345-00131

2. OHSU's deadline to file its Reply in support of its Motion to Strike Allegations From Plaintiff's First Amended Complaint and/or Partial Motion to Dismiss (dkt. 17) is currently set for December 18, 2024. OHSU moves for an extension of time of 9 days, until and including December 27, 2024, in which to file its Reply.

3. In addition to briefing this matter, counsel for OHSU have significant commitments in other cases pending in this District, including multiple day-long depositions this week in *Khimich v. OHSU*, Case No. 3:23-cv-01239-YY and *Jiminez Mendez et al.*, Case No. 3:23-cv-01190-IM, and responsive pleadings and motions deadlines in several other vaccine-related lawsuits before the end of this week (including briefing deadlines in *Matthews v. Legacy Health*, Case No. 6:24-cv-00592-MC; *Coates et al. v. Legacy Health*, Case No. 3:23-cv-00931-JR; and *Lucas v. Legacy Health et al.*, Case No. 3:24-cv-00150-SI.). Additionally, OHSU attorney Brenda K. Baumgart is scheduled to be in all-day meetings several days this week.

4. I conferred with Plaintiff's counsel regarding OHSU's motion and plaintiff does not object to the requested extension.

5. This is OHSU's first request for an extension of time to file its Reply and the motion is being made in good faith and not for the purposes of delay. Plaintiff does not object to the extension. This motion is being made in good faith and not for the purposes of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 17, 2024.

*/s/ Sophie Shaddy-Farnsworth*
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
Attorney for Defendant OHSU